**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                                                               **CRIMINAL ACTION NO. 2:06CR35**

**BRANDON TAYLOR**

## ORDER

This cause is before the Court on the defendant's Motion to Continue Trial [18]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for June 25, 2007. Taylor's counsel avers that she is scheduled for surgery on June 21, 2007 and will require six to eight weeks for recovery. The government does not oppose the requested continuance. Based on the foregoing, the Court finds that the motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from June 25, 2007 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to ensure the availability of Taylor's counsel at trial and to permit adequate trial preparation. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1.        The defendant's Motion to Continue Trial [18] is GRANTED;

2.      That the trial of this matter is continued until Monday, August 27, 2007 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3.      That the delay from June 25, 2007 until August 27, 2007 is excluded as set out above;

4.      That the deadline for filing pretrial motions is August 6, 2007;

5.      That the deadline for submitting a plea agreement is August 13, 2007.

SO ORDERED, this the 5th day of June, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE